UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROLLAND H. EASTERDAY,                 )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        No.:   3:06-CV-37
                                       )               (VARLAN/GUYTON)
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
                Defendant.             )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the report and recommendation of the magistrate judge [Doc. 15] are hereby **OVERRULED**.  The report and recommendation [Doc. 14] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, that plaintiff's motion for summary judgment [Doc. 10] is **DENIED**; defendant Commissioner's motion for summary judgment [Doc. 12] is **GRANTED**; and defendant Commissioner's decision in this case denying plaintiff's application for disability and supplemental security income benefits under the Social Security Act is **AFFIRMED**.  This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE